■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSENFELD, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed *(see, People v Cicero,* 100 AD2d 627). (Appeal from Judgment of Onondaga County Court, Burke, J.—Sodomy, 1st Degree.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSENFELD, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant has failed to preserve for our review his contention that he was deprived of a fair trial by the cumulative effect of improper comments made by the prosecutor during summation *(see, CPL 470.05 [2]; People v Dawson,* 50 NY2d 311, 324; *People v Dunn,* 158 AD2d 941, *lv denied* 76 NY2d 734) and we decline to review the issue in the interest of justice *(see, CPL 470.15 [6] [a]).* (Appeal from Judgment of Onondaga County

Court, Burke, J.—Sodomy, 1st Degree.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.